```
 1  PHILLIP A. TALBERT
    Acting United States Attorney
 2  DAVID L. GAPPA
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:03-CR-05337-DAD |
|---|---|
| Plaintiff, | **AMENDED** MOTION AND ORDER TO DISMISS INDICTMENT |
| v. | |
| JOSEFINA RODRIGUEZ, | |
| Defendants. | |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the indictment in this case. The interests of justice, at this time, would best be served by having the court dismiss the indictment and recalling the related arrest warrant for the defendant.

Dated: August 23, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ David L. Gappa
David L. Gappa
Assistant United States Attorney

M

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSEFINA RODRIGUEZ,<br><br>            Defendants. | CASE NO.  1:03-CR-05337-DAD<br><br>ORDER ON MOTION TO DISMISS INDICTMENT |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the charges in the indictment in the above-captioned action against the defendant.  Good cause appearing, the indictment is dismissed, and the related arrest warrant is recalled.

IT IS SO ORDERED.

Dated:   **August 23, 2016**                            _____
                                                                                        UNITED STATES DISTRICT JUDGE

2

M